IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CARLTON MCGEE,

       Petitioner,

v.                                   Case No.  5D17-1701

STATE OF FLORIDA,

       Respondent.

_____/

Opinion filed July 21, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Carlton McGee, Wewahitchka, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the December 7, 2017 judgments and sentences in Case No. 2016-CF-1772 in the Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

ORFINGER, BERGER and EISNAUGLE, JJ., concur.